USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
RONNIE LIVIA,                                     :
                                                  :
                                                  :
                                                  :
                            Plaintiff,            :
                                                  :            1:26-cv-1320-GHW
              -against-                            :
                                                  :                ORDER
ATR NEW YORK LH, INC., *et al.*,                  :
                                                  :
                            Defendants.           :
                                                  :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on February 17, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 3, 2026.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: February 18, 2026
       New York, New York

_____
           GREGORY H. WOODS
        United States District Judge